FILED

07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

EDUARDO BARAJAS, et al., aka Eddie-Boy, Defendants.

Criminal Case No. 07CR2985-WQH

NOTICE OF RELATED CASE

~~SECRET~~

UNSEALED AS OF 11/6/07

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Salvador Chavez-Chavez, et al., Criminal Case No. 07CR1407-WQH, and United States of America v. Andres Chavez-Chavez, et al., Criminal Case No. 07CR1408-WQH.

DATED: October 31, 2007.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney