ORIGINAL

FILED

07 NOV -6 PM 2:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO BARAJAS, ET AL., Defendants. | Criminal Case No. 07CR2985-WQH<br><br>ORDER TO UNSEAL INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 07CR2985-WQH shall be unsealed.

SO ORDERED.

DATED: 11/6/07

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

CR