**STEPHEN P. WHITE**
**Attorney at Law**
**California State Bar No. 125276**
**101 W. Broadway, Suite 1950**
**San Diego, California 92101**
**Telephone: (619) 702-**
**Fax: (619) 238-9914**

**Attorney for Defendant**
EDUARDO BARAJAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO BARAJAS,<br><br>Defendants. | ) | Criminal Case No.07CR002985<br><br>Date: December 17, 2007<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTION AND MOTION FOR JOINDER OF THE FOLLOWING MOTIONS FILED BY CODEFENDANT VICTOR RAMOS: |

TO: KAREN P. HEWITT, United States Attorney, and to MICHAEL J. CROWLEY and TIMOTHY F. SALEL, Assistant United States Attorneys:

PLEASE TAKE NOTICE that on December 17, 2007 at the hour of 2:00 p..m., or as soon thereafter as counsel may be heard, defendant EDUARDO BARAJAS, by and through his attorney Stephen P. White, will respectfully move the Court to join the following motions which were previously filed by codefendant Victor Ramos, on November 13, 2007:

1) Notice of Motion and Motion for Disclosure of Proffer Information

Dated: November 16, 2007

*s/Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Eduardo Barajas