# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed defendant's Notice of Motion and Motion for Disclosure of Proffer Information with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: November 16, 2007

*/s/ Stephen P. White*
STEPHEN P. WHITE, ESQ.
Attorney for Defendant