**STEPHEN P. WHITE**
**Attorney at Law**
**State Bar No. 125276**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Tel: (619) 702-3753**
**FAX: 238-9914**

Attorney for Defendant
EDDIE BARAJAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDDIE BARAJAS (1),<br>Defendant(s). | Case No. 07 cr 2985-WQH<br>**EX PARTE APPLICATION FOR ORDER AUTHORIZING INTERIM VOUCHER PAYMENT, AND ORDER THEREON** |

Defendant EDDIE BARAJAS, by and through his undersigned counsel hereby applies to the court for an order permitting defense counsel Stephen P. White to submit an interim CJA voucher for Legal Services rendered and expenses. This application is supported by the attached Declaration of Stephen P. White, and the files and records of this case.

DATED: January 8, 2008

Respectfully Submitted,

***/s/Stephen P. White***
STEPHEN P. WHITE

**STEPHEN P. WHITE**
**Attorney at Law**
**State Bar No. 125276**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Tel: (619) 702-3753**
**FAX: 238-9914**

Attorney for Defendant
EDDIE BARAJAS

**EX PARTE**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>EDDIE BARAJAS (1),<br>Defendant(s). | Case No. 07cr2985-WQH<br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING INTERIM VOUCHER PAYMENT, AND ORDER THEREON** |

DECLARATION OF STEPHEN P. WHITE

I, Stephen P. White, do hereby declare and say:

1. I am the attorney of record for defendant Eddie Barajas, in United States of America v. Eddie Barajas, Criminal Case Number 07cr2985.;

2. Defendant, EDDIE BARAJAS, is charged along with eight co-defendants with conspiracy to distribute over 500 grams of a mixture and substance containing methamphetamine in the above-captioned Indictment, however the case has been identified and filed as related to two other indicted cases pending before the Court, case numbers 07CR1407 and 07CR1408. Those cases accuse twenty others with serious methamphetamine and forfeiture allegations arising from a months long undercover investigation apparently relying on Title III wiretaps, undercover narcotics agents, and confidential informants.

3. This court has previously approved interim voucher payments for other parties in this case and additionally, it is anticipate the case will be declared complex. The amount of funds requested in this interim billing is substantially in excess of the prima facie amount because of the enormous volume of discovery that has been received and reviewed as well as the complex nature of the charges, the number of defendants, and the length of time the case has been active.

4. I have attempted to withhold billing for services rendered in previous cases, however, it has become extremely burdensome to continue to do so in this case and it is respectfully requested that the court approve this petition for interim billing.

DATED: January 8, 2008

Respectfully Submitted,

***/s/Stephen P. White***
STEPHEN P. WHITE