**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I electronically filed defendant's Exparte Application for Order Authorizing Interim Voucher Payment, and Order Thereon with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: January 8, 2008

*/s/ Stephen P. White*
STEPHEN P. WHITE, ESQ.
Attorney for Defendant