**STEPHEN P. WHITE**
**Attorney at Law**
**State Bar No. 125276**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Tel: (619) 702-3753**
**FAX: 238-9914**

Attorney for Defendant
EDDIE BARAJAS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDDIE BARAJAS,<br>Defendant. | Case No. 07-cr-2985-WQH<br>**EX PARTE APPLICATION TO ALLOW COPY CONNECTION TO BILL THE COURT PURSUANT TO CRIMINAL JUSTICE ACT FOR THEIR SERVICES** |

I, STEPHEN P. WHITE, state the following:

1. I am the court appointed attorney for defendant, Eddie Barajas..
2. It is anticipated the above case will be declared complex by this Honorable court.
3. I am informed Copy Connection is in the possession of over 60,000 pages of discovery; 255 exhibits, etc.
4. Mr. Barajas does not have the funds to purchase the discovery. Therefore, pursuant to Title 18 U.S.C. § 3006A(d)(2) and subsection (5), Mr. Barajas requests that the Court issue an order allowing Copy Connection to bill the District Court directly for the discovery costs incurred during the course of the case.

\\\\\

\\\\\

5. Review of this discovery is necessary so that defense counsel can provide effective assistance of counsel.

Respectfully requested,

Dated: January 8, 2008

*/s/ Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Eddie Barajas