1  STEPHEN P. WHITE
   Attorney at Law
2  State Bar No. 125276
   101 West Broadway, Suite 1950
3  San Diego, CA 92101
   Tel: (619) 702-3753
4       FAX: 238-9914

5  Attorney for Defendant
   EDDIE BARAJAS

FILED

08 JAN 11 AM 11:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR2985-WQH |
| Plaintiff, | **ORDER FOR AUTHORIZATION OF INTERIM PAYMENTS** |
| vs. | |
| EDDIE BARAJAS, (1) | |
| Defendant(s). | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT interim payments to counsel be allowed in the above captioned case.

**SO ORDERED.**

DATED: 1/9/08

_____
HON. WILLIAM Q. HAYES
U.S. DISTRICT JUDGE