1 | STEPHEN P. WHITE
**Attorney at Law**
2 | State Bar No. 125276
101 West Broadway, Suite 1950
3 | San Diego, CA  92101
Tel: (619) 702-3753
4 |   FAX: 238-9914

5 | Attorney for Defendant
EDDIE BARAJAS

6

7

FILED

08 JAN 11  PM 1:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8 | # UNITED STATES DISTRICT COURT

9 | ## SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | Case No. 07-cr-2985-WQH |
| 12                     Plaintiff, | ) ) | |
| 13   vs. | ) ) | **ORDER FOR COPY CONNECTION TO BILL THE COURT** |
| 14   EDDIE BARAJAS, | ) ) ) | |
| 15                     Defendant. | ) ) | |
| 16 | ) | |

17      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT authorization is hereby made

18   for the direct payment to Copy Connection, 1010 Second Avenue, Suite 130B, San Diego, CA 92101,

19   619/235-6975, for future discovery costs materials provided in Case No. 07CR2985-WQH *up*

20   *to $2500.* WW

21      **SO ORDERED.**

22

23   DATED: _1/9/08_

24                     HON. WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

25

26

27

28

1

ORDER FOR DIRECT PAYMENT TO COPY CONNECTION