AO 442 FID 1331230

# United States District Court

SECRET

unsealed 11/6/07

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 15 AM 9:20
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA
V.
Eduardo Barajas (1),
aka Eddie-Boy

WARRANT FOR ARREST

CASE NUMBER: 07cr2985 WQH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eduardo Barajas (1), aka Eddie-Boy
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE 11/7/07
ARRESTED BY IN COURT
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY Marcel

RECEIVED
2007 NOV -1 A 11:19
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/01/07 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ No-Bail by The Honorable Louisa S. Porter
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA- OCDETF- SW-CASH 430 "OPERATION MY THREE BROTHERS"
AUSA Peter Ko & [illegible]