**STEPHEN P. WHITE**
**Attorney at Law**
**State Bar No. 125276**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Tel: (619) 702-3753**
**FAX: 238-9914**

Attorney for Defendant
EDDIE BARAJAS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE BARAJAS,<br><br>Defendant. | Case No. 07-cr-2985-WQH<br><br>**EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

I, STEPHEN P. WHITE, declare:

I am the court appointed attorney for defendant, Eddie Barajas in the above-captioned matter. This case involves a complex investigation by the United States, which I am informed resulted in discovery exceeding 60,000 pages to date according to statements made by the government in court. It is anticipated that this court will declare the case complex. Although defense counsel must review this discovery to provide competent representation, the discovery will cost several thousand dollars. Mr. Barajas requests that this court order that Copy Connection may bill the court directly for this discovery.

\\\\\

\\\\\

\\\\\

\\\\\

I have attached an invoice for order #5 as an exhibit from Copy Connection for additional discovery that is presently available and request that this court authorize the payment of costs up to the amount of $1,673.89, payable directly to Copy Connection upon receipt of their CJA-21 voucher. When further discovery is available counsel will provide the court with additional requests for authorization.

Respectfully requested,

Dated: January 24, 2008

*/s/ Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Eddie Barajas

**COPY connection**

# FAX DISCOVERY ORDER # 5 (New)

**U.S. v CHAVEZ-CHAVEZ, et al.**

1010 Second Avenue
Suite 100-B & 130-B
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

**CASE # 07cr1407-WQH; 07cr1408-WQH; 07cr2985-WQH**

**DATE: 01/08/08**

Defendant: Eduardo Barajas

Please be advised that our company has possession of discovery materials from: AUSA MICHAEL CROWLEY

We are ready to begin the duplication & distribution process of discovery materials.

The law office of Steve White hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

*Please check YES or NO, SIGN, & FAX TO (619) 595-7841*

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| Approx. 251 pg @ 15 cents per page | **DISCOVERY DOCUMENTS** Wire Orders, Applications, Search Warrants, etc. "HARD" COPY + SCANNED TO DISK + OCR | $ 37.65* | ✓ | |
| 4 @ $10.00 each | Audio CD + LINE SHEETS ON COMPACT DISKS + OCR | $ 40.00* | ✓ | |
| [redacted] | [redacted] | [redacted] | [redacted] | |
| Approx. 19,953 pages @ 8 cents per page | **OPTION TO PRINT LINE SHEETS FROM COMPACT DISKS** | $ 1,596.24* | ✓ | |

* Note: Sales Tax Additional * Delivery is Free to downtown San Diego area if order is over $ 100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: [signature] Date 1/8/08

Print or Type Name: S. P. WHITE

$1673.89

PANEL ATTORNEYS: WHY WAIT FOR REIMBURSEMENT? COPY CONNECTION ACCEPTS EX PARTE APPLICATIONS FOR PAYMENT OF EXTRAORDINARY EXPENSES. YOUR FIRM MAY FILE AN EX PARTE APPLICATION WITH THE COURT, AND, IF APPROVED, ALL DUPLICATING EXPENSES WILL BE PAID BY THE GOVERNMENT DIRECTLY TO COPY CONNECTION. FAX US A COPY OF THE ORDER SIGNED BY THE JUDGE, WE'LL DUPLICATE DISCOVERY. FILL OUT THE CJA-21 VOUCHER FORM & SUBMIT IT TO THE COURT FOR REIMBURSEMENT. QUESTIONS OR CONCERNS? CALL SUE @ 619-235-6975

COPY CONNECTION LITIGATION SERVICE
DALOSUE, INC.
1010 Second Ave. # 135-A
San Diego, CA 92101
619-235-6975 619-595-7841 Fax
E-mail: copy@copy-connection.com
Website: www.copy-connection.com

| | | | |
|---|---|---|---|
| TO: | STEVE WHITE | FROM: | Sue Schneider |
| FAX: | 238-9914 | DATE: | 1/22/08 |
| PH: | 702-3753 | PAGES: | E |
| RE: | ORDER FORM & CJA-21 | ORDER # | CHAVEZ # 5 |

HI STEVE:

HERE IS THE ORDER FORM YOU SIGNED FOR ORDER 5 RE: THE BLACKED OUT LINE: WE ORIGINALLY THOUGHT THAT THE LINE SHEETS WERE SCANNED DOC'S THAT NEEDED TO BE OCR'd IN ORDER TO BE WORD SEARCHABLE. WE DISCOVERED THAT THEY ARE TEXT DOCUMENTS AND ARE BY NATURE WORD SEARCHABLE, SO WE BLACKED OUT THE CHARGE TO OCR THE LINE SHEETS. IN ADDITION, WE HAVE ADDED ONE CD (AUDIO) TO ORDER FORM # 5... TOTAL COST OF ORDER # 5: $ 1,673.89. WE HAVE IT READY TO DELIVER. FOLLOWING IS CJA-21 VOUCHER TO SIGN IN BLUE LINES 12 & 18 THANKS!