**STEPHEN P. WHITE**
**Attorney at Law**
**State Bar No. 125276**
**101 West Broadway, Suite 1950**
**San Diego, CA   92101**
**Tel: (619) 702-3753**
**    FAX: 238-9914**

Attorney for Defendant
EDDIE BARAJAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 07-cr-2985-WQH |
| ) | |
| Plaintiff,      ) | |
| ) | **ORDER FOR COPY CONNECTION** |
| vs.      ) | **TO BILL THE COURT** |
| ) | |
| EDDIE BARAJAS,      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT authorization is hereby made for the direct payment to Copy Connection for Order #5 in the amount of $1,673.89, 1010 Second Avenue, Suite 130B, San Diego, CA 92101, 619/235-6975, for future discovery costs materials provided in Case No. 07CR2985-WQH

**SO ORDERED.**

DATED:  January 29, 2008

*William Q. Hayes*
_____
**WILLIAM Q. HAYES**
United States District Judge